STATE OF NEW JERSEY v. FRANK GAMBARO.

October 19, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE NESBITT.

October 19, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. ANTONIO KARANATSIOS.

October 19, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES McCORMICK.

October 19, 1981.

Petition for certification denied.

STANLEY MALLEY v. HERBERT ENG.

October 19, 1981.

Petition for certification denied.